IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ACTS 17 APOLOGETICS, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF DEARBORN, et al.,<br><br>   Defendants. | Case No. 2:11-cv-10700-SJM-RSW<br><br>VOLUNTARY DISMISSAL<br><br>Hon. Stephen J. Murphy, III<br><br>Mag. Judge Steven Whalen |

| | |
|---|---|
| AMERICAN FREEDOM LAW CENTER<br>Robert J. Muise, Esq. (P62849)<br>P.O. Box 131098<br>Ann Arbor, MI 48113<br>rmuise@americanfreedomlawcenter.org<br>(734) 635-3756<br>*Counsel for Plaintiffs* | Debra A. Walling (P37067)<br>Laurie M. Ellerbrake (P38329)<br>13615 Michigan Ave., Suite 8<br>Dearborn, MI 48126<br>lellerbrake@ci.dearborn.mi.us<br>(313) 943-2035<br>*Counsel for City Defendants* |
| AMERICAN FREEDOM LAW CENTER<br>David Yerushalmi, Esq. (Ariz. Bar No. 009616;<br>DC Bar No. 978179; Cal. Bar No. 132011;<br>NY Bar No. 4632568)<br>1901 Pennsylvania Avenue, NW<br>Suite 201<br>Washington, D.C. 20006<br>david.yerushalmi@verizon.net<br>(646) 262-0500<br>*Counsel for Plaintiffs* | PLUNKETT COONEY<br>Thomas P. Vincent (P32794)<br>Courtney Nichols (P75160)<br>38505 Woodward Ave., Suite 2000<br>Bloomfield Hills, MI 48304<br>tvincent@plunkettcooney.com<br>cnichols@plunkettcooney.com<br>(248) 594-6777<br>*Counsel for Chamber Defendants* |
| THOMAS MORE LAW CENTER<br>Erin Mersino, Esq. (P70866)<br>24 Frank Lloyd Wright Dr.<br>P.O. Box 393<br>Ann Arbor, MI 48106<br>emersino@thomasmore.org<br>(734) 827-2001<br>*Counsel for Plaintiffs* | |

---

  Plaintiffs Acts 17 Apologetics, Dr. Nabeel Qureshi, David Wood, Paul Rezkalla, and

Joshua Hogg ("Plaintiffs"), through their undersigned counsel; Defendants City of Dearborn,

John B. O'Reilly, Ronald Haddad, Jeffrey Mrowka, Brian Kapanowski, Justin Smith, Andrew

1

Ballard, Jarod Micallef, Mark Matteocci, A. Fawaz, Robert Gafford, Russ Faith, Brandon Nichols, Christopher Urbanic, David Lacey, Cameron Switzer, Jason Smith, and Robert Smith, ("City Defendants"), through their undersigned counsel; and Defendants Fay Beydoun, Norma Haidous, and the American Arab Chamber of Commerce, through their undersigned counsel ("Chamber Defendants") (collectively referred to as the "parties"), hereby stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The parties are responsible for their own costs as a result of this dismissal.

| AMERICAN FREEDOM LAW CENTER | CORPORATE COUNSEL, CITY OF DEARBORN |
|---|---|
| By: /s/ Robert J. Muise<br>Robert J. Muise, Esq.<br>David Yerushalmi, Esq.<br>*Counsel for Plaintiffs* | By: /s/ Laurie M. Ellerbrake<br>Laurie M. Ellerbrake, Esq.<br>*Counsel for City Defendants* |
| THOMAS MORE LAW CENTER | PLUNKETT COONEY |
| By: /s/ Erin Mersino<br>Erin Mersino, Esq.<br>*Counsel for Plaintiffs* | By: /s/ Thomas P. Vincent<br>Thomas P. Vincent, Esq.<br>*Counsel for Chamber Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the court's electronic filing system. Parties may access this filing through the court's system.

AMERICAN FREEDOM LAW CENTER

/s/ Robert J. Muise
Robert J. Muise, Esq. (P62849)